**Brad BAGGETT, Plaintiff–Appellant,**

v.

**REHAU, INC., Defendant–Appellee.**

No. 10–10756.

United States Court of Appeals,
Eleventh Circuit.

Jan. 31, 2011.

Alicia K. Haynes, Haynes & Haynes PC, Birmingham, AL, for Plaintiff–Appellant.

Mieke Ann Hemstreet, David Turner Wiley, Jackson Lewis LLP, Birmingham, AL, for Defendant–Appellee.

Before BLACK, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

After review of the parties' briefs and the record, and with the benefit of oral argument, the Court finds no reversible error in the district court's order dated January 21, 2010, which adopted the magistrate judge's report and recommendation dated October 15, 2009. Accordingly, this Court affirms the district court's entry of summary judgment in favor of the defendant Rehau, Inc. on plaintiff Brad Baggett's Complaint.

**AFFIRMED.**